UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREG PARTCH, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>COLUMBIA STATE BANK, a Washington corporation,<br><br>Defendant. | NO: 2:15-CV-287-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulated Motion for Voluntary Dismissal with Prejudice, ECF No. 18. Having reviewed the Motion and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Voluntary Dismissal **ECF No. 18**, is **GRANTED**. Plaintiff's Complaint is dismissed **with prejudice and without costs to any party**.

2. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 6th day of July 2016.

                                       *s/ Rosanna Malouf Peterson*
                                  ROSANNA MALOUF PETERSON
                                      United States District Judge