KEVIN W. ROBERTS, WSBA#29473
CHAD FREEBOURN, WSBA # 35624
ROBERTS | FREEBOURN, PLLC
1325 W. 1st Ave., Ste. 303
Spokane, WA 99201
Telephone: (509) 381-5262
Facsimile: (509) 473-9026
Attorney for Plaintiff, Greg Partch, Jr.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREG PARTCH, JR., an individual, <br><br> Plaintiff, <br><br> vs. <br><br> COLUMBIA STATE BANK, a Wisconsin corporation, <br><br> Defendant. | CASE NO.: 2:15-CV-287 <br><br> MOTION TO RELEASE ATTORNEY LIEN AND FUNDS <br><br> Hearing Date: March 19, 2018 <br> Hearing Time: 6:30 PM <br><br> **WITHOUT ORAL ARGUMENT** |

## I.    INTRODUCTION

Plaintiff Partch requests that the attorney lien filed by Dunn & Black be released and the funds being held in the Court be released to Plaintiff Partch.

## II.    RELEVANT FACTS

1.    On September 1, 2015, Plaintiff Partch converted his hourly fee agreement with Dunn, Black & Roberts, PS into a contingent fee agreement. Ex.

MOTION TO RELEASE ATTORNEY LIEN AND
FUNDS -1

B to Declaration of Greg Partch.

2.  Pursuant to the agreement, Plaintiff paid the outstanding hourly fees owed of $1,375.62. Ex. A and B to Dec. of Partch.

3.  In October of 2015, Kevin Roberts left the firm of Dunn, Black &Roberts, PS. When advised that his lawyer was changing firms, Plaintiff met with Bob Dunn to discuss his case. In discussing the best interests of Mr. Partch, Dunn advised him that he *"would not change jockeys in the middle of the race."* Dec. of Partch.

4.  Dunn did not advise Mr. Partch that any additional fees would be owed or that he would file a lien if Plaintiff continued to use Kevin Roberts as counsel. Id. He also did not agree to continue representation.

5.  Plaintiff did not ask Dunn, Black & Roberts to cease representation. Ex. A to Dec. of Partch.

### III. DISCUSSION

Dunn & Black filed an attorney lien in this matter of $1,824.35 which it claims represents hourly fees incurred after its fee agreement with Partch was converted to a contingent fee. Under the fee agreement, Plaintiff would only be entitled to such fees if *"Dunn, Black & Roberts, P.S. is asked by CLIENT to cease its pursuit of this recovery effort...."* Ex. B to Partch. As set forth above, Mr. Partch did not ask for Dunn, Black & Roberts, P.S. to cease its pursuit. Instead,

he met with Mr. Dunn to see if the firm would continue to represent him and was told that it would be in his best interest to allow Kevin Roberts to continue representation. Consequently, under the terms of the contingency fee agreement, no fees are owed and the lien should be released. Plaintiff Partch respectfully requests the Court order the funds being held by the Court for the lien be released to him.

## IV. CONCLUSION

Good cause exists to grant Plaintiff's Motion to Release Attorney Lien and Funds.

DATED this 16th day of February, 2018

        s/ Kevin W. Roberts
        Kevin W. Roberts, WSBA #29473
        Roberts | Freebourn, PLLC
        1325 W. 1st Ave., Ste. 303
        Spokane, WA 99201
        Telephone: (509) 381-5262
        Facsimile: (509) 473-9026
        kevin@robertsfreebourn.com
        Attorney for Plaintiff, Greg Partch, Jr.

MOTION TO RELEASE ATTORNEY LIEN AND FUNDS -3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of February, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of such filings to the following:

Steven Winterbauer at mail@winterbauerdiamond.com

Ami M. De Celle at mail@winterbauerdiamond.com

s/ Kevin W. Roberts
Kevin W. Roberts, WSBA #29473
ROBERTS | FREEBOURN, PLLC
1325 W. 1st Ave., Ste. 303
Spokane, WA 99201
Telephone: 509-381-5262
Fax: 509-473-9026
kevin@robertsfreebourn.com
*Attorneys for Plaintiff, Greg Partch, Jr.*

MOTION TO RELEASE ATTORNEY LIEN AND FUNDS -4